IN THE UNITED STATES BANKRUPTCY COURT
Western District of Kentucky

| | |
|---|---|
| **In the Matter of**: | |
| | Case No. 18-33879 |
| James Thacker | Chapter 13 |
| **Debtor** | |

### ORDER

This matter having come before the Court upon the Motion of the Debtor, by Counsel, and this Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** the Debtor's Motion to Modify Plan is **APPROVED,** and the Debtor's Plan shall be modified to increase the monthly plan payment from $201.00 bi-weekly to $450.00 per month starting December, 2019 and continuing through the remainder of the plan. The dividend paid to unsecured creditors shall remain at 2 percent. The duration of the plan shall remain 60 months. The Debtor's current plan arrearage shall be deemed cured.

**IT IS FURTHER ORDERED** the Chapter 13 Trustee shall issue an amended wage deduct, if applicable.

A copy of this Order will be mailed to the Debtor, Counsel for the Debtor, the Trustee, and all creditors listed on the mailing matrix.

Submitted By:

Julie Ann O'Bryan
Counsel for Debtor
1717 Alliant Avenue, Suite 17
Louisville, KY 40299
Phone: (502) 339-0222
Fax: (502) 339-0046
Julie@obryanlawoffices.com

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: December 18, 2019