IN THE UNITED STATES BANKRUPTCY COURT
Western District of Kentucky

| | |
|---|---|
| **In the Matter of**: | } |
| | }  Case No. 18-33879 |
| James Thacker | } |
| | }  Chapter 13 |
| | } |
| **Debtor** | } |

## ORDER

The Debtor having filed a Motion to Incur Credit Post-Confirmation and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Debtor may incur credit post-confirmation to purchase a vehicle under the following terms:

1. Amount to be borrowed: $18,423.00

2. Interest rate: 17.20 percent

3. Term of loan and amount of installment payment: This loan shall be for 60 months with payments of $463.09 each month.

A copy of this Order will be mailed to the Debtor, Counsel for Debtor, the Trustee, and all other creditors and parties in interest.

Submitted by:

Julie Ann O'Bryan
Counsel for Debtor
1717 Alliant Ave. Ste. 17
Louisville, KY 40299
Phone: (502) 339-0222
Fax: (502) 339-0046
Julie@obryanlawoffices.com

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: August 7, 2020