## UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 18-33879 |
| | } |
| James Thacker | } |
| | } Chapter 13 |
| | } |
| **Debtor** | } |

## ORDER

This matter having come before the Court upon the Motion of the Debtor, by Counsel, and this Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** the Debtor's Motion is GRANTED. Debtor is to resume plan payments totaling $208.00 biweekly beginning in May 2021.

**IT IS FURTHER ORDERED** any existing plan payment arrears are hereby waived.

A copy of this Order will be mailed to the Debtor, Counsel for the Debtor, the Trustee, and all creditors listed on the mailing matrix.

Submitted by:

Benjamin A. Dennison
Julie Ann O'Bryan
Counsel for Debtor
1717 Alliant Avenue, Suite 17
Louisville, Kentucky 40299
Phone: (502) 339-0222
Fax: (502) 339-0046
ben@obryanlawoffices.com

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: May 14, 2021